UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HINES,<br><br>   Plaintiff,<br><br>  v.<br><br>MATHER V.A. HOSPITAL,<br><br>   Defendant. | Case No.  21-cv-06564-VKD<br><br>**ORDER TO SHOW CASE RE SETTLEMENT** |

  The Court being informed that the parties have settled this matter, all previously scheduled deadlines and appearances are vacated.

  On or before **September 12, 2022**, dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1).

  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **September 20, 2022 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **September 13, 2022** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

  **IT IS SO ORDERED.**

Dated: June 15, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge